**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 11/06/2014 # of months: 2 |
|---|---|---|---|
| **CARLA YVONNE SETTLE** | **11-60463** | **09/22/2014** | **$1304.00** |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned have defaulted in making their payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **January 12, 2015** at **9:30 A.M.**, in United States Bankruptcy Court, U.S. Court House, Courtroom 200, 255 West Main Street, Charlottesville, VA 22902-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on November 06, 2014, copies of this Petition and Notice have been mailed to, Debtor, CARLA YVONNE SETTLE, 348 RED GATE ROAD, SYRIA, VA 22743, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net